YERGEY•DAYLOR•ALLEBACH•SCHEFFEY•PICARDI
By: Gregory W. Philips, Esquire
ID # 87132
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400
610-323-4660 (f)

Attorney for Creditor - Upper Montgomery Joint Authority

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Meryl Barbara Hansell,                :
                                             :   Case No. 24-12391-AMC
         Debtor                       :   Chapter 13

### UPPER MONTGOMERY JOINT AUTHORITY'S
### OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The Upper Montgomery Joint Authority (UMJA), by and through its undersigned counsel, hereby objects to Debtor's Chapter 13 Plan, as follows:

1. UMJA has filed a proof of claim with respect to debtor, Meryl B. Hansell's asserting secured and unsecured claims for unpaid sewer rentals in the amount of $17,496.15. A copy of UMJA's proof of claim is attached as **Exhibit 'A.'**

2. Debtor's Chapter 13 Plan asserts that Debtor will pay $300.00 per month for a period of 60 months in order to fund the plan.

3. Debtor incorrectly listed the secured debt of Upper Montgomery Joint Authority as a total debt of $7,627.52.

4. Upper Montgomery Joint Authority holds three judgments for nonpayment of sewer rentals against Debtor's real estate located at 223 West Eighth Street, Pennsburg, PA 18073. These municipal liens are docketed in the Court of Common Pleas of Montgomery County, Pennsylvania at Numbers 2015-02882, 2017-18938, and 2020-00783, respectively. True and correct, time stamped copies of said judgments are attached as Exhibits 'B,' 'C,' and 'D.'

5. Upper Montgomery Joint Authority is a secured creditor under 11 U.S.C. §506(a)(1).

6. Said judgments for outstanding sewer rentals are against Debtor's primary Resident located at 223 West Eighth Street, Pennsburg, PA 18703. The total amount of the liens, the unsecured unpaid sewer rentals, including costs, and interest up to the filing of Debtor's petition is $17,496.15.

7. Debtor, as of the date of filing this Objection, has not furnished UMJA with a payment of adequate assurance as required by 11 U.S.C. §366(b).

8. Debtor's plan does not provide for full payment of UMJA's secured claims as required by 11 U.S.C. §1322(b)(3).

9. Debtor's plan does not provide for full payment of UMJA's unsecured claims as required by 11 U.S.C. §1322(b)(4)

10. Further, Debtor's plan fails to provide for the curing of any default during the pendency of this case, pursuant to §1322(b)(5).

WHEREFORE, the Upper Montgomery Joint Authority respectfully requests that confirmation of the Debtor' Chapter 13 Plan be denied.

Respectfully submitted,

Yergey Daylor Allebach Scheffey Picardi

07/15/24
Date:

Gregory W. Philips, Esquire
Solicitor for Upper Montgomery
Joint Authority
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
Telephone: 610-323-1400