# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

Case# 2017-18938-9 Docketed at Montgomery County Prothonotary on 06/11/2024 4:27 PM, Fee = $15.50. The filer certifies that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

UPPER MONTGOMERY JOINT AUTHORITY

vs.

ROBERT C HANSELL

NO.  2017-18938

To the Prothonotary:

Enter judgment in favor of UPPER MONTGOMERY JOINT AUTHORITY and against ROBERT C HANSELL; MERYL B HANSELL for want of an answer.

| | |
|---|---|
| Amount claimed in complaint | $ 4030.50 |
| Interest | $ 124.08 |
| Misc | $ 280.00 |
| Total | $4,434.58 |
| Possession | ☐ |

I certify that written notice of the intention to file this praecipe was mailed or delivered to the party against whom judgment is to be entered and to his/her attorney of record, if any, after the default occurred and at least ten (10) days prior to the date of the filing of this praecipe.  A copy of the notice is attached.  R.C.P. 237.1

ORIGINAL SIGNATURE RETAINED BY THE FILING PARTY

Signature

GREGORY W PHILIPS, ESQ.

Filing Party

87132

ID Number

YERGEY, DAYLOR, ALLEBACH, SCHEFFEY & PICARDI

Firm Name

1129 E. HIGH ST. , P.O. BOX 776

Address

POTTSTOWN, PA 19464-0776

(610) 323-1400

Phone

Judgment is entered in favor of  UPPER MONTGOMERY JOINT AUTHORITY  and against ROBERT C HANSELL; MERYL B HANSELL  by default for want of an answer.

**EXHIBIT**

tabbies®

C1

Prothonotary, Montgomery County