IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Meryl Barbara Hansell,            :    Case No: 24-12391
                              Debtor    :    Chapter 13

## ORDER

And Now, upon consideration of Debtor's Chapter 13 Plan and the Objection of Upper Montgomery Joint Authority, and after hearing, it is hereby:

**ORDERED** that confirmation of the Debtor's Chapter 13 Plan is denied.

                                                **BY THE COURT:**

_____                    _____
Date:                                     **Ashely M. Chan,**
                                          **U.S. Bankruptcy Chief Judge**


Joseph L. Quinn, Esquire.
Ross, Quinn & Ploppert, PC
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Attorney for Debtor

Kenneth West, Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
KWest@ph13trustee.com

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107