**YERGEY•DAYLOR•ALLEBACH•SCHEFFEY•PICARDI**
By: Gregory W. Philips, Esquire
ID # 87132
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
610-323-1400
610-323-4660 (f)

Solicitor for the Upper
Montgomery Joint Authority

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Meryl Barbara Hansell,              :    Case No: 24-12391
                  Debtor    :    Chapter 13

### CERTIFICATE OF SERVICE

I, Gregory W. Philips, Esquire, hereby certify a true and correct copy of the Upper Montgomery Joint Authority's Object to Debtor's Chapter 13 Plan, and Proposed Order was served on the following persons:

Joseph L. Quinn
Ross, Quinn & Ploppert, PC
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Attorney for Debtor

Kenneth West, Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107
KWest@ph13trustee.com

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
U.S. Trustee

Via:    Electronic mail through the ECF System.

07/15/24
Date:

Gregory W. Philips, Esquire
Solicitor,
Upper Montgomery Joint Authority
1129 High Street, P.O. Box 776
Pottstown, PA 19464-0776
Telephone: 610-323-1400
gwphilips@ydasp.com